# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION
### 1:15-cr-00172-TWT
### USA v. Pineda-Perez
### 1:16cv992-TWT-LTW
### Pineda-Perez v. USA
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 01/30/2017.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 3:20 P.M.
TIME IN COURT: 0:20
OFFICE LOCATION: Atlanta

COURT REPORTER: Susan Baker
COURT INTERPRETER: David Hoover
USPO: Ashley Brimmer
DEPUTY CLERK: Sheila Sewell

| | |
|---|---|
| DEFENDANT(S): | [1]Rufino Pineda-Perez Present at proceedings |
| ATTORNEY(S) PRESENT: | Michael Herskowitz representing USA<br>Paul Monnin representing Rufino Pineda-Perez |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MOTIONS RULED ON: | DFT#1-[22]Report and Recommendation adopted |
| MINUTE TEXT: | The Court heard from counsel and ADOPTED Magistrate Judge Walker's Report and Recommendation on the defendant's Motion to Vacate (2255)[9], VACATED the prior Judgment Commitment for reasons stated on the record and re-sentenced the defendant to 71 months in the custody of the Bureau of Prisons on counts 1 and 2 to run concurrently, all other terms and conditions of the original Judgment and Commitment to remain the same. The Court inquired as to Jones Objections. There were none by government and as stated by defense counsel . The Court advised the defendant of his right to appeal the sentence within 14 days. |
| HEARING STATUS: | Hearing Concluded |